Martella et ux., Appellants, *v.* Aichele.

Argued September 12, 1973. *John W. Lauffer,* with him *Barbin and Lauffer,* for appellants; *Norton A. Freedman,* with him *Norman S. Berson,* for appellee.

Judgment affirmed.

SPAULDING, J., absent.

Mekalonis, Appellant, *v.* Harry DePue, Inc.

Argued September 17, 1973. *R. David Bradley,* for appellant; *James C. Bowen,* with him *Power, Bowen & Valimont,* for appellee.

Order affirmed.

SPAULDING, J., absent.

Moyer, Appellant, *v.* Phillips.

Argued September 18, 1973. *Andrew K. Parker,* with him *Parker & Cohen,* for appellant; *Leonard R. Apfelbaum,* for appellee.

Order affirmed.

SPAULDING, J., absent.